# THE PAUL ZILBERFEIN LAW FIRM

470 MAMARONECK AVENUE, SUITE 409
WHITE PLAINS, NEW YORK 10605
914.295.0110
FAX: 914.297.6444

www.zilberfeinlaw.com
paul@zilberfeinlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/19/2025
```

August 18, 2025

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**RE: 7:25-cv-06080 - Rockefeller Photos, LLC v The Iron Tomato, LLC**

Good Afternoon, Your Honor:

We represent Defendant *The Iron Tomato* in the above-captioned matter and filed a Notice of Appearance earlier today (see attached – Doc 13).

This action concerns an alleged Copyright Infringement involving four photographs used in my client's marketing materials. Plaintiff's counsel has since confirmed that my client obtained a valid license to use the subject photographs (see attached email correspondence). Thereafter, on Friday August 15, 2025, Plaintiff's counsel filed a Notice of Voluntary Dismissal **Without Prejudice** (Doc. 12, attached).

Given the circumstances—specifically, Plaintiff's acknowledgment of proper licensing—it is our position that dismissal should be entered **with prejudice**. I requested that Plaintiff's counsel amend the Notice of Dismissal to reflect this, but they have declined to do so (see attached email correspondence).

In light of the above, I respectfully request that this honorable court intervene and: (a) dismiss the case **with prejudice**; and (b) for such other and further relief as this Court deems just and proper.

Thank you for Your Honor's time and consideration.

**MEMO ENDORSED**

Respectfully submitted,

*/s/ Paul Zilberfein*

Paul S. Zilberfein

cc: All attorneys of record via ECF

Movant's application is DENIED without prejudice. The Court conducted a telephonic conference where the parties agreed to work towards an amicable resolution. Clerk of Court is directed to terminate the motion at ECF No. 14.

Dated: August 19, 2025
White Plains, New York

SO ORDERED:

*/s/ Nelson S. Roman*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE